# CRIMINAL COMPLAINT

## United States District Court
### DISTRICT of ARIZONA

| | |
|---|---|
| United States of America<br>v.<br>Cleophus Emanuel COOKSEY<br><br>DOB: 1960; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**15-01696MJ** |

Complaint for violation of Title **18** United States Code § **844(f)(1)**

### COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about the 24th day of July, 2015, in Tucson, Arizona, in the District of Arizona, Cleophus Emanuel COOKSEY maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real property in whole or in part owned and possessed by the United States; that is the United States Post Office located at 1501 South Cherrybell Stravenue and owned by the United States Postal Service, an agency of the United States government; in violation of Title 18, United States Code, Section 844(f)(1).

### BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On July 24, 2015, Tucson Police Department officers responded to the United States Post Office located at 1501 South Cherrybell Stravenue in Tucson, Arizona, in response to a fire. Employees at the Post Office smelled smoke and witnessed a fire inside the building. Approximately 65 people were present in the building when the fire began. The fire appeared to have started from a shirt and paper which were engulfed in flames beneath a desk in the lobby area of the Post Office. A burned shirt, burned paper, and what appeared to be burned plastic were collected from the scene. A Bureau of Alcohol, Tobacco, Firearms, and Explosives Certified Fire Investigator determined that the fire was incendiary. The Post Office is owned by the United States Postal Service, an agency of the United States government. On August 9, 2015, Cleophus Emanuel COOKSEY called 911 and confessed to starting the fire. COOKSEY stated that he was specifically targeting the federal government with the motive of enacting revenge against the federal government for not doing more to help the homeless, unemployed, and veterans. COOKSEY stated that he started the fire under a wooden desk near a window in the lobby area of the United States Post Office by using a small black lighter to ignite a bundle consisting of paper and a shirt in a plastic bag, and after starting the fire he left the area and heard a fire alarm. COOKSEY admitted that he intended to damage the Post Office building. In COOKSEY's personal property, which was searched pursuant to a search warrant, law enforcement officers found items consistent with those used to start the fire, including a small black lighter and additional paper and plastic bags.

### MATERIAL WITNESSES IN RELATION TO THE CHARGE:

N/A

REQUEST DETENTION
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA *Angelala W Woolidge*

Sworn to before me and subscribed in my presence.

SIGNATURE OF COMPLAINANT
David Lopez

OFFICIAL TITLE
Special Agent, ATF

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
August 12, 2015

[1] See Federal rules of Criminal Procedure Rules 3 and 54