JOHN S. LEONARDO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
AZ State Bar No. 022079
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Cleophus Emanuel Cooksey,<br><br>　　　　　Defendant. | INDICTMENT<br><br>Violations:<br>18 U.S.C. § 844(f)(1)<br>(Damage or Destruction of U.S. Property by Means of Fire)<br>Counts 1, 2, 3<br><br>CR15-1586 TUC JGZ (CRP) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 16, 2015, in the District of Arizona, CLEOPHUS EMANUEL COOKSEY maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real property in whole or in part owned and possessed by the United States; that is the United States Post Office located at 1501 South Cherrybell Stravenue in Tucson, Arizona, and owned by the United States Postal Service, an agency of the United States government; in violation of Title 18, United States Code, Section 844(f)(1).

### COUNT 2

On or about July 24, 2015, in the District of Arizona, CLEOPHUS EMANUEL COOKSEY maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real property in whole or in part owned and possessed by the United States; that is the United States Post Office located at 1501

South Cherrybell Stravenue in Tucson, Arizona, and owned by the United States Postal Service, an agency of the United States government; in violation of Title 18, United States Code, Section 844(f)(1).

## COUNT 3

On or about August 6, 2015, in the District of Arizona, CLEOPHUS EMANUEL COOKSEY maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real property in whole or in part owned and possessed by the United States; that is the United States Evo A. DeConcini Federal Courthouse located at 405 West Congress in Tucson, Arizona, owned by the United States government and managed by the United States General Services Administration; in violation of Title 18, United States Code, Section 844(f)(1).

A TRUE BILL

/s/
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

SEP 02 2015

SEP 02 2015

REDACTED FOR PUBLIC DISCLOSURE